UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

AMERICAN GENERAL LIFE
INSURANCE COMPANY                                                                    PLAINTIFF

v.                          CASE NO. 3:07-CV-00080 GTE (Lead Case)

PAMELA K. HARGIS and
BRANDON HARGIS                                                                         DEFENDANTS

CONSOLIDATED WITH:

SOUTHERN FARM BUREAU LIFE
INSURANCE COMPANY                                                                    PLAINTIFF

v.                          CASE NO. 3:07-cv-00087 (Consolidated Case)

PAMELA K. HARGIS and BRANDON
LYNN MARBRY                                                                              DEFENDANTS

## ORDER

Plaintiff American General has requested that it be dismissed from the present action since it has interpled the funds at issue and has no further interest in this action. Plaintiff American General's request is granted.

Accordingly,

IT IS THEREFORE ORDERED that Plaintiff American General is DISMISSED from this case.

IT IS SO ORDERED this 17th day of August, 2007.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE

1