**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**AMERICAN GENERAL LIFE**
**INSURANCE COMPANY**                                                        **PLAINTIFF**

**v.**                              **CASE NO. 3:07-CV-00080 GTE (Lead Case)**

**PAMELA K. HARGIS and**
**BRANDON HARGIS**                                                          **DEFENDANTS**

**ASSURITY LIFE INSURANCE COMPANY**                          **INTERVENOR**

<u>**CONSOLIDATED WITH:**</u>

**SOUTHERN FARM BUREAU LIFE**
**INSURANCE COMPANY**                                                    **PLAINTIFF**

**v.**                              **CASE NO. 3:07-cv-00087 (Consolidated Case)**

**PAMELA K. HARGIS and BRANDON**
**LYNN MARBRY**                                                              **DEFENDANTS**

<u>**ORDER**</u>

Presently before the Court are Consolidated Plaintiff Southern Farm Bureau Life

Insurance Company's and Intervenor Assurity Life Insurance Company's Motions to Dismiss.

Movants request that they be dismissed from the present action since they have interpled the

funds at issue, have supplied notice to all interested parties, and have no further interest in this

action.  The motions will be granted.

Accordingly,

IT IS THEREFORE ORDERED that Plaintiff Southern Farm Bureau Life Insurance

Company's Motion to Dismiss (Docket No. 32) be, and it is hereby, GRANTED. Southern Farm

1

Bureau Life Insurance Company is DISMISSED from this case.

IT IS FURTHER ORDERED THAT Intervenor Assurity Life Insurance Company's

Motion to Dismiss (Docket No. 33) be, and it is hereby, GRANTED.  Assurity Life Insurance

Company is DISMISSED from this case.

IT IS SO ORDERED this 3rd day of October, 2007.

/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE