# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

AMERICAN GENERAL LIFE
INSURANCE COMPANY                                                                          PLAINTIFF

v.                              CASE NO. 3:07-CV-00080 GTE (Lead Case)


PAMELA K. HARGIS and
BRANDON HARGIS                                                                            DEFENDANTS

ASSURITY LIFE INSURANCE COMPANY                                              INTERVENOR

**CONSOLIDATED WITH:**

SOUTHERN FARM BUREAU LIFE
INSURANCE COMPANY                                                                          PLAINTIFF

v.                              CASE NO. 3:07-cv-00087 (Consolidated Case)

PAMELA K. HARGIS and BRANDON
LYNN MARBRY                                                                               DEFENDANTS

**AND**

GREAT AMERICAN LIFE
INSURANCE COMPANY                                                                          PLAINTIFF

v.                              CASE NO. 3:07-CV-00148 GTE (Consolidated Case)


PAMELA K. HARGIS and
BRANDON HARGIS                                                                            DEFENDANTS

## ORDER CONSOLIDATING CASES

The action presently before the Court, 3:07-cv-00080, involves the distribution of the proceeds of a life insurance policy issued by American General Life Insurance Company to insure the life of David R. Hargis.  David R. Hargis died as a result of a gun shot wound to the head.  It is

1

alleged in the Complaint that Pamela K. Hargis, David R. Hargis' surviving spouse and the primary beneficiary, has filed a claim for benefits, but that the investigation by the Blytheville Police Department is considered to be ongoing and Pamela K. Hargis has not been eliminated as a suspect. It further states that in the event Pamela K. Hargis is charged and convicted for intentionally causing the death of David R. Hargis, she would be prevented from receiving any policy benefits. The Complaint states that American General is in the position of addressing potentially conflicting claims by Pamela K. Hargis and Brandon Hargis, the contingent beneficiary.

*Great American Life Insurance Company v. Hargis*, 3:07-cv-00148, involves the distribution of the proceeds of a life insurance policy issued by Great American Life Insurance Company to insure the life of David R. Hargis. The policy application named Pamela Hargis as the primary beneficiary, and Brandon L. Hargis as the contingent beneficiary.

The two cases involve the determination of the same issues. Therefore, the Court finds that the consolidation of these cases would conserve judicial and party resources. These cases are consolidated for purposes of discovery and trial.

Accordingly,

IT IS HEREBY ORDERED THAT all further pleadings shall be styled as noted above, but filed only in the lead case, 3:07-cv-00080.

Dated this 1st day of November, 2007.

    /s/Garnett Thomas Eisele_____
    UNITED STATES DISTRICT JUDGE