**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | |
|---|---|
| **AMERICAN GENERAL LIFE INSURANCE COMPANY** | **PLAINTIFF** |
| v. | **CASE NO. 3:07-CV-00080 GTE (Lead Case)** |
| **PAMELA K. HARGIS and BRANDON HARGIS** | **DEFENDANTS** |
| **ASSURITY LIFE INSURANCE COMPANY** | **INTERVENOR** |

<u>**CONSOLIDATED WITH:**</u>

| | |
|---|---|
| **SOUTHERN FARM BUREAU LIFE INSURANCE COMPANY** | **PLAINTIFF** |
| v. | **CASE NO. 3:07-cv-00087 (Consolidated Case)** |
| **PAMELA K. HARGIS and BRANDON LYNN MARBRY** | **DEFENDANTS** |

<u>**AND**</u>

| | |
|---|---|
| **GREAT AMERICAN LIFE INSURANCE COMPANY** | **PLAINTIFF** |
| v. | **CASE NO. 3:07-CV-00148 GTE (Consolidated Case)** |
| **PAMELA K. HARGIS and BRANDON HARGIS** | **DEFENDANTS** |

<u>**ORDER**</u>

In an Order dated November 30, 2007, the Court noted that Plaintiff Great American Life Insurance Company had requested that it be dismissed from the present action. The Court stated that it would dismiss Plaintiff Great American Life Insurance Company after it interpled the

funds at issue. On December 13, 2007, a receipt in the amount of $274,018.26 was filed. Therefore, Plaintiff Great American Life Insurance Company should be dismissed from this action.

Accordingly,

IT IS THEREFORE ORDERED that Plaintiff Great American Life Insurance Company be, and it is hereby, DISMISSED from this case.

IT IS SO ORDERED this 20th day of December, 2007.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE